# EXHIBIT A

**From:** Vallacher, Bret R. (CIV)
**To:** Sarah Block
**Cc:** Molly Elkin
**Subject:** RE: Aitken - Exhibit and Witness List (Preliminary)
**Date:** Thursday, January 5, 2023 6:15:00 PM
**Attachments:** 2023.01.05 Draft Preliminary Witness List.docx
2022.01.05 Preliminary Draft Exhibit List.xlsx

---

Thanks. Please find ours attached, which are also preliminary and subject to change, per our agreement.

Thanks again,
Bret

Bret R. Vallacher | Trial Attorney
U.S. Department of Justice | Civil Division
Commercial Litigation Branch | National Courts Section
Direct Dial: 202.616.0465
E-mail: bret.r.vallacher@usdoj.gov

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Thursday, January 5, 2023 5:29 PM
**To:** Vallacher, Bret R. (CIV) <Bret.R.Vallacher@usdoj.gov>
**Cc:** Molly Elkin <mae@mselaborlaw.com>
**Subject:** [EXTERNAL] Aitken - Exhibit and Witness List (Preliminary)

Hi Bret,

Our *Aitken* witness and exhibit lists are attached – but these are both preliminary and subject to change, per our agreement.

Thanks,
Sarah

**Sarah M. Block**
Associate
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************
This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is

prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).